UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JOSEPH MWANTUALI,**
        Plaintiff,

vs.                                                                  6:22-CV-1395
                                                                                (MAD/ML)

**HAMILTON COLLEGE,**
        Defendant.

---

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion to dismiss (Dkt. No. 11) is **GRANTED**; and the Court further **ORDERS** that Plaintiff's complaint is **DISMISSED with prejudice**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendant's favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 20th day of March, 2024.

DATED: March 20, 2024

*[signature]*
Clerk of Court

s/Britney Norton
Deputy Clerk